IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| DAVID MORGAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>THE BURTON CORPORATION d/b/a BURTON SNOWBOARDS,<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 2:23-CV-00366-GWC<br>)<br>)<br>)<br>)<br>)<br>) |

### JOINT MOTION FOR ENLARGEMENT OF TIME TO SUBMIT SETTLEMENT AGREEMENT

COMES NOW Plaintiff, David Morgan, and Defendant, The Burton Corporation d/b/a Burton Snowboards (collectively, the "parties"), by their respective counsel, respectfully file this Joint Motion for Enlargement of Time to Submit Settlement Agreement, and in support, state as follows:

1. The parties filed a Joint Status Report on April 23, 2024 (ECF No. 26).

2. In the Joint Status Report, the parties state that they, "intend to present the proposed settlement agreement to the Court, along with Plaintiff's application for attorneys' fees and a service award and Defendant's response thereto within the next 45 days." *Id.* This would make the deadline for the parties to present a proposed settlement agreement to the Court Friday, June 7, 2024, which time has not yet passed.

3. The parties have been in constant communication regarding the finalization of the terms of the settlement agreement. Plaintiff sent a second settlement offer to Defendant on June 3, 2024, and await a response.

4. In an abundance of caution, the parties need this agreed-upon additional time to submit a proposed settlement agreement to the Court for the following good cause grounds:

LAW OFFICE OF

SHILLEN
MACKALL
&
SELDON

SUNSET FARM OFFICES - SUITE 2A
21710 MAXHAM MEADOW WAY
WOODSTOCK, VERMONT 05091

3301 RICKENBACKER CAUSEWAY
MIAMI, FLORIDA 33149

(802) 457-4848
Fax (802) 457-4769

1

    a.     Plaintiff is waiting for Defendant's response to the offer sent on June 3, 2024;

    b.     The parties require additional time to fully review and finalize the settlement agreement before submitting to the Court; and

    c.     Counsel for Plaintiff is out of the office the week of June 10, 2024, and the parties want to ensure there is adequate time to discuss the settlement terms if Defendant responds to Plaintiff's offer with a counteroffer.

5.     For these reasons, the parties need an additional thirty (30) days to present the proposed settlement agreement to the Court, along with Plaintiff's application for attorneys' fees and a service award and Defendant's response thereto. The parties conferred on June 3, 2024 and agreed to the relief sought in this Motion.

6.     Therefore, the parties request this agreed 30-day enlargement of time, through and including July 8, 2024.

7.     Granting this agreed motion will not unduly delay the proceedings in case or prejudice any party and will not interfere with any Court deadlines.

8.     This agreed motion is brought in good faith and not for purposes of delay.

9.     In light of the forthcoming motion for preliminary approval and application for fees, the parties respectfully request that the Court hold Defendant's pending motion to dismiss (ECF No. 4) in abeyance and stay all other deadlines pending further action of the Court.

WHEREFORE, pursuant to Fed. R. Civ. P. 6(b), and for good cause shown, the parties respectfully request the Court grant this joint motion and enlarge the time for the parties to present a proposed settlement agreement to the Court through and including July 8, 2024, and stay all other deadlines pending further action of the Court.

LAW OFFICE OF

**SHILLEN MACKALL & SELDON**

SUNSET FARM OFFICES - SUITE 2A
21710 MAXHAM MEADOW WAY
WOODSTOCK, VERMONT 05091

3301 RICKENBACKER CAUSEWAY
MIAMI, FLORIDA 33149

(802) 457-4848
Fax (802) 457-4769

LAW OFFICE OF

SHILLEN
MACKALL
&
SELDON

SUNSET FARM OFFICES - SUITE 2A
21710 MAXHAM MEADOW WAY
WOODSTOCK, VERMONT 05091

3301 RICKENBACKER CAUSEWAY
MIAMI, FLORIDA 33149

(802) 457-4848
Fax (802) 457-4769

Date: *June 6, 2024*

/s/D. James Mackall
D. James Mackall
Vermont Bar No. 3544
**SHILLEN MACKALL & SELDON**
21710 Maxham Meadow Way, Suite 2A
Woodstock, Vermont 05091
(802) 243-0078
djmackall@promotingjustice.com

OF COUNSEL:
Lynn A. Toops*
Amina A. Thomas*
**COHEN & MALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
(317) 636-6481
ltoops@cohenandmalad.com
athomas@cohenandmalad.com

J. Gerard Stranch, IV *
Andrew E. Mize*
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
(615) 254-8801
(615) 255-5419 (facsimile)
gstranch@stranchlaw.com
amize@stranchlaw.com

Samuel J. Strauss*
**TURKE & STRAUSS, LLP**
613 Williamson St., Suite 201
Madison, Wisconsin 53703
(608) 237-1775
(608) 509-4423 (facsimile)
sam@turkestrauss.com

*Motion for *Pro Hac Vice*
Admission forthcoming

**Counsel for Plaintiff and the Proposed Class**

Date: *June 6, 2024*

/s/ Pamela L.P. Eaton
Pamela L.P. Eaton
**PAUL FRANK + COLLINS P.C.**
One Church Street, PO Box 1307
Burlington, Vermont 05402-1307
(802) 658-2311
peaton@pfclaw.com

OF COUNSEL:
Edward McAndrew (*pro hac vice*)
**BAKER & HOSTETLER LLP**
1735 Market Street
Suite 3300
Philadelphia, PA 19103-7501
(215) 564-8386
emcandrew@bakerlaw.com

Evan M. Mannering (*pro hac vice*)
**BAKER & HOSTETLER LLP**
1050 Connecticut Ave, NW
Suite 1100
Washington, DC 20036
(202) 861-1500
emannering@bakerlaw.com

**Counsel for Defendant, The Burton Corporation**

3