IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| DAVID MORGAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>THE BURTON CORPORATION d/b/a BURTON SNOWBOARDS,<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)  Case No. 2:23-CV-00366-GWC<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER GRANTING THE PARTIES' JOINT MOTION FOR ENLARGEMENT OF TIME TO SUBMIT SETTLEMENT AGREEMENT

Pending before the Court is a *Joint Motion for Enlargement of Time to Submit Settlement Agreement*. Having reviewed the Motion, the pertinent provisions of the record and the applicable law, the Court hereby **GRANTS** the Motion.

**IT IS ORDERED** that the deadline for the parties to file a proposed settlement agreement with the Court along with a motion for preliminary approval and application for fees is hereby extended through and including July 8, 2024, and all other deadlines pending further action of the Court are stayed.

DONE and ORDERED this ___ day of June, 2024.

_____
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

cc:   Counsel of Record

LAW OFFICE OF

SHILLEN
MACKALL
&
SELDON

SUNSET FARM OFFICES - SUITE 2A
21710 MAXHAM MEADOW WAY
WOODSTOCK, VERMONT 05091

3301 RICKENBACKER CAUSEWAY
MIAMI, FLORIDA 33149

(802) 457-4848
Fax (802) 457-4769