IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

DAVID MORGAN, individually and on )
behalf of all others similarly situated, )
                                        )
        Plaintiff )
                                          )
v.                                      )    Case No. 2:23-CV-00366-GWC
                                          )
THE BURTON CORPORATION d/b/a )
BURTON SNOWBOARDS, )
                                          )
        Defendant )

## JOINT MOTION FOR SECOND ENLARGEMENT OF TIME TO SUBMIT SETTLEMENT AGREEMENT

COMES NOW Plaintiff, David Morgan, and Defendant, The Burton Corporation d/b/a Burton Snowboards (collectively, the "parties"), by their respective counsel, respectfully file this Joint Motion for Second Enlargement of Time to Submit Settlement Agreement, and in support, state as follows:

1.      The parties filed a Joint Status Report on April 23, 2024 that stated that they, "intend to present the proposed settlement agreement to the Court, along with Plaintiff's application for attorneys' fees and a service award and Defendant's response thereto within the next 45 days." (ECF No. 26).

2.      On June 7, 2024, the Court granted the parties' Joint Motion for Enlargement of Time to Submit Settlement Agreement, extending the deadline for the parties to file a proposed settlement agreement with the Court along with a motion for preliminary approval and application for fees through and including July 8, 2024, and staying all other deadlines. (ECF No. 30).

3.      The time for the parties to submit a proposed settlement agreement with

LAW OFFICE OF

**SHILLEN
MACKALL
&
SELDON**

SUNSET FARM OFFICES - SUITE 2A
21710 MAXHAM MEADOW WAY
WOODSTOCK, VERMONT 05091

3301 RICKENBACKER CAUSEWAY
MIAMI, FLORIDA 33149

(802) 457-4848
Fax (802) 457-4769

1

motion for preliminary approval and application for fees has not yet passed.

4.      The parties have continued to negotiate the final terms of the settlement agreement. The parties agreed to the amount for plaintiffs' service award on July 3, 2024, but are continuing to negotiate to bridge the gap on plaintiffs' attorney fees.

5.      In an abundance of caution, the parties need this second agreed-upon additional time to submit a proposed settlement agreement to the Court for the following good cause grounds:

a.      The parties agreed on the amount for plaintiff's service award on July 3, 2024 and require additional time to draft, review and finalize the terms in the agreement;

b.      The parties respectfully request additional time to discuss attorneys' fees;

c.      The parties require additional time to fully review and finalize the settlement agreement before submitting to the Court; and

d.      Due to the federal holiday, counsel for the parties have been out of the office and need additional time to discuss finalizing and reviewing all terms with their prospective clients the week of July 8, 2024.

6.      For these reasons, the parties need an additional thirty (30) days to present the proposed settlement agreement to the Court, along with Plaintiff's application for attorneys' fees and a service award and Defendant's response thereto.    The parties conferred on July 3, 2024 and agreed to the relief sought in this Motion.

LAW OFFICE OF

**SHILLEN
MACKALL
&
SELDON**

SUNSET FARM OFFICES - SUITE 2A
21710 MAXHAM MEADOW WAY
WOODSTOCK, VERMONT 05091

3301 RICKENBACKER CAUSEWAY
MIAMI, FLORIDA 33149

(802) 457-4848
Fax (802) 457-4769

7.     Therefore, the parties request this agreed 30-day enlargement of time, through and including August 7, 2024.

8.     Granting this agreed motion will not unduly delay the proceedings in case or prejudice any party and will not interfere with any Court deadlines.

9.     This agreed motion is brought in good faith and not for purposes of delay.

10.    The parties respectfully request that all other deadlines pending further action of the Court remain stayed.

WHEREFORE, pursuant to Fed. R. Civ. P. 6(b), and for good cause shown, the parties respectfully request the Court grant this joint motion and enlarge the time for the parties to present a proposed settlement agreement to the Court through and including August 7, 2024, and extend the stay all other deadlines pending further action of the Court.

Date: *July 8, 2024*

*/s/D. James Mackall*
D. James Mackall
Vermont Bar No. 3544
SHILLEN MACKALL & SELDON
21710 Maxham Meadow Way, Suite 2A
Woodstock, Vermont 05091
(802) 243-0078
djmackall@promotingjustice.com

OF COUNSEL:
Lynn A. Toops, admitted *pro hac vice*
Amina A. Thomas*
COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
(317) 636-6481
ltoops@cohenandmalad.com
athomas@cohenandmalad.com

Date: *July 8, 2024*

*/s/ Edward J. McAndrew*
Edward McAndrew (*pro hac vice*)
BAKER & HOSTETLER LLP
1735 Market Street
Suite 3300
Philadelphia, PA 19103-7501
(215) 564-8386
emcandrew@bakerlaw.com

Evan M. Mannering (*pro hac vice*)
BAKER & HOSTETLER LLP
1050 Connecticut Ave, NW
Suite 1100
Washington, DC 20036
(202) 861-1500
emannering@bakerlaw.com

LAW OFFICE OF

SHILLEN
MACKALL
&
SELDON

SUNSET FARM OFFICES - SUITE 2A
21710 MAXHAM MEADOW WAY
WOODSTOCK, VERMONT 05091

3301 RICKENBACKER CAUSEWAY
MIAMI, FLORIDA 33149

(802) 457-4848
Fax (802) 457-4769

J. Gerard Stranch, IV *
Andrew E. Mize*
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
(615) 254-8801
(615) 255-5419 (facsimile)
gstranch@stranchlaw.com
amize@stranchlaw.com

Samuel J. Strauss*
**STRAUSS BORRELLI, PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago, Illinois 60611
(872) 263-1100
sam@straussborrelli.com


*Motion for *Pro Hac Vice*
Admission forthcoming

***Counsel for Plaintiff and the Proposed Class***

Pamela L.P. Eaton
**PAUL FRANK + COLLINS P.C.**
One Church Street, PO Box 1307
Burlington, Vermont 05402-1307
(802) 658-2311
peaton@pfclaw.com

***Counsel for Defendant, The Burton Corporation***

LAW OFFICE OF

**SHILLEN
MACKALL
&
SELDON**

SUNSET FARM OFFICES - SUITE 2A
21710 MAXHAM MEADOW WAY
WOODSTOCK, VERMONT 05091

3301 RICKENBACKER CAUSEWAY
MIAMI, FLORIDA 33149

(802) 457-4848
Fax (802) 457-4769

4