IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| DAVID MORGAN, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff ) ) | |
| v. ) | Case No. 2:23-CV-00366-GWC |
| ) | |
| THE BURTON CORPORATION d/b/a BURTON SNOWBOARDS, ) ) ) | |
| Defendant ) | |

### JOINT MOTION FOR FOURTH ENLARGEMENT OF TIME TO SUBMIT SETTLEMENT AGREEMENT

COMES NOW Plaintiff, David Morgan, and Defendant, The Burton Corporation d/b/a Burton Snowboards (collectively, the "parties"), by their respective counsel, respectfully file this Joint Motion for Fourth Enlargement of Time to Submit Settlement Agreement, and in support, state as follows:

1. The parties filed a Joint Status Report on April 23, 2024 that stated that they, "intend to present the proposed settlement agreement to the Court, along with Plaintiff's application for attorneys' fees and a service award and Defendant's response thereto within the next 45 days." (ECF No. 26).

2. On June 7, 2024, the Court granted the parties' Joint Motion for Enlargement of Time to Submit Settlement Agreement, extending the deadline for the parties to file a proposed settlement agreement with the Court along with a motion for preliminary approval and application for fees through and including July 8, 2024, and staying all other deadlines. (ECF No. 30).

3. On July 9, 2024, the Court granted the parties' Second Joint Motion for Enlargement of Time to Submit Settlement Agreement, extending the deadline for the

LAW OFFICE OF

SHILLEN
MACKALL
SELDON
&
SPICER

SUNSET FARM OFFICES - SUITE 2A
21710 MAXHAM MEADOW WAY
WOODSTOCK, VERMONT 05091

3301 RICKENBACKER CAUSEWAY
MIAMI, FLORIDA 33149

(802) 457-4848
Fax (802) 457-4769

1

parties to file a proposed settlement agreement with the Court along with a motion for preliminary approval and application for fees through and including August 7, 2024, and staying all other deadlines. (ECF No. 35).

4. On August 8, 2024, the Court granted the parties' Third Joint Motion for Enlargement of Time to Submit Settlement Agreement, extending the deadline for the parties to file a proposed settlement agreement with the Court along with a motion for preliminary approval and application for fees through and including September 6, 2024, and staying all other deadlines. (ECF No. 37).

5. The time for the parties to submit a proposed settlement agreement with motion for preliminary approval and application for fees has not yet passed.

6. Since their last joint motion for an enlargement, the parties have agreed to and finalized the terms of settlement and are currently in the process of drafting the agreement and getting party signatures. Based on the progress made, the parties expect to be able to finalize the language and sign the agreement within the next 14 days.

7. In an abundance of caution, the parties need this fourth agreed-upon additional time to submit a proposed settlement agreement to the Court for the following good cause grounds:

    a. Counsel for the parties respectfully request additional time to get signatures from their respective clients; and

    b. The parties require additional time to fully review and finalize the language in the agreement with their respective clients before submitting it to the Court.

8. For these reasons, the parties need an additional fourteen (14) days to

LAW OFFICE OF

SHILLEN
MACKALL
SELDON
&
SPICER

SUNSET FARM OFFICES - SUITE 2A
21710 MAXHAM MEADOW WAY
WOODSTOCK, VERMONT 05091

3301 RICKENBACKER CAUSEWAY
MIAMI, FLORIDA 33149

(802) 457-4848
Fax (802) 457-4769

present the proposed settlement agreement to the Court, along with Plaintiff's application for attorneys' fees and a service award and Defendant's response thereto. The parties conferred on September 6, 2024 and agreed to the relief sought in this Motion.

9. Therefore, the parties request this agreed 14-day enlargement of time, through and including September 20, 2024.

10. Granting this agreed motion will not unduly delay the proceedings in case or prejudice any party and will not interfere with any Court deadlines.

11. This agreed motion is brought in good faith and not for purposes of delay.

12. The parties respectfully request that all other deadlines pending further action of the Court remain stayed.

WHEREFORE, pursuant to Fed. R. Civ. P. 6(b), and for good cause shown, the parties respectfully request the Court grant this joint motion and enlarge the time for the parties to present a proposed settlement agreement to the Court through and including September 20, 2024, and extend the stay all other deadlines pending further action of the Court.

Date: <u>Septmeber 6, 2024</u>

<u>/s/D. James Mackall</u>
D. James Mackall
Vermont Bar No. 3544
**SHILLEN MACKALL & SELDON**
21710 Maxham Meadow Way, Suite 2A
Woodstock, Vermont 05091
(802) 243-0078
djmackall@promotingjustice.com

Date: <u>September 6, 2024</u>

<u>/s/ Edward J. McAndrew</u>

Edward McAndrew (*pro hac vice*)
**BAKER & HOSTETLER LLP**
1735 Market Street
Suite 3300
Philadelphia, PA 19103-7501
(215) 564-8386
emcandrew@bakerlaw.com

LAW OFFICE OF
SHILLEN MACKALL SELDON & SPICER

SUNSET FARM OFFICES - SUITE 2A
21710 MAXHAM MEADOW WAY
WOODSTOCK, VERMONT 05091

3301 RICKENBACKER CAUSEWAY
MIAMI, FLORIDA 33149

(802) 457-4848
Fax (802) 457-4769

| | |
|---|---|
| OF COUNSEL:<br>Lynn A. Toops, admitted *pro hac vice*<br>Amina A. Thomas*<br>**COHEN & MALAD, LLP**<br>One Indiana Square, Suite 1400<br>Indianapolis, Indiana 46204<br>(317) 636-6481<br>ltoops@cohenandmalad.com<br>athomas@cohenandmalad.com<br><br>J. Gerard Stranch, IV *<br>Andrew E. Mize*<br>**STRANCH, JENNINGS & GARVEY, PLLC**<br>The Freedom Center<br>223 Rosa L. Parks Avenue, Suite 200<br>Nashville, Tennessee 37203<br>(615) 254-8801<br>(615) 255-5419 (facsimile)<br>gstranch@stranchlaw.com<br>amize@stranchlaw.com<br><br>Samuel J. Strauss*<br>**STRAUSS BORRELLI, PLLC**<br>One Magnificent Mile<br>980 N Michigan Avenue, Suite 1610<br>Chicago, Illinois 60611<br>(872) 263-1100<br>sam@straussborrelli.com<br><br><br>*Motion for *Pro Hac Vice*<br>Admission forthcoming<br><br>**Counsel for Plaintiff and the Proposed Class** | Evan M. Mannering (*pro hac vice*)<br>**BAKER & HOSTETLER LLP**<br>1050 Connecticut Ave, NW<br>Suite 1100<br>Washington, DC 20036<br>(202) 861-1500<br>emannering@bakerlaw.com<br><br>Pamela L.P. Eaton<br>**PAUL FRANK + COLLINS P.C.**<br>One Church Street, PO Box 1307<br>Burlington, Vermont 05402-1307<br>(802) 658-2311<br>peaton@pfclaw.com<br><br>**Counsel for Defendant, The Burton Corporation** |

LAW OFFICE OF

SHILLEN
MACKALL
SELDON
&
SPICER

SUNSET FARM OFFICES - SUITE 2A
21710 MAXHAM MEADOW WAY
WOODSTOCK, VERMONT 05091

3301 RICKENBACKER CAUSEWAY
MIAMI, FLORIDA 33149

(802) 457-4848
Fax (802) 457-4769

4