U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2024 SEP -9 AM 10: 07

CLERK
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| DAVID MORGAN, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff | ) ) ) |
| v. | ) Case No. 2:23-CV-00366-GWC ) |
| THE BURTON CORPORATION d/b/a BURTON SNOWBOARDS, | ) ) ) ) |
| Defendant | ) |

### ORDER GRANTING THE PARTIES' JOINT MOTION FOR FOURTH ENLARGEMENT OF TIME TO SUBMIT SETTLEMENT AGREEMENT

Pending before the Court is a *Joint Motion for Fourth Enlargement of Time to Submit Settlement Agreement*. Having reviewed the Motion, the pertinent provisions of the record and the applicable law, the Court hereby **GRANTS** the Motion.

**IT IS ORDERED** that the deadline for the parties to file a proposed settlement agreement with the Court along with a motion for preliminary approval and application for fees is hereby extended through and including September 20, 2024, and all other deadlines pending further action of the Court shall remain stayed.

DONE and ORDERED this 9th day of September, 2024.

/s/ Geoffrey W. Crawford
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

cc:   Counsel of Record