IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| DAVID MORGAN, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 2:23-CV-00366-GWC ) |
| THE BURTON CORPORATION d/b/a BURTON SNOW BOARDS, | ) ) ) ) |
| Defendant. | ) |

### JOINT MOTION FOR EIGHTH ENLARGEMENT OF TIME TO SUBMIT SETTLEMENT AGREEMENT

COMES NOW Plaintiff, David Morgan, and Defendant, The Burton Corporation d/b/a Burton Snowboards (collectively, the "parties"), by their respective counsel, and respectfully file this Joint Motion for Eighth Enlargement of Time to Submit Settlement Agreement and, in support, state as follows:

1. The parties filed a Joint Status Report on April 23, 2024, that stated that they "intend to present the proposed settlement agreement to the Court, along with Plaintiff's application for attorneys' fees and a service award and Defendant's response thereto within the next 45 days." (ECF No. 26).

2. On June 7, 2024, the Court granted the parties' Joint Motion for Enlargement of Time to Submit Settlement Agreement, extending the deadline to July 8, 2024, and staying all other deadlines. (ECF No. 30).

3. On July 9, 2024, the Court granted the parties' Second Joint Motion for Enlargement of Time to Submit Settlement Agreement, extending the deadline to August 7, 2024. (ECF No. 35).

LAW OFFICE OF

SHILLEN
MACKALL
SELDON
&
SPICER

SUNSET FARM OFFICES - SUITE 2A
21710 MAXHAM MEADOW WAY
WOODSTOCK, VERMONT 05091

3301 RICKENBACKER CAUSEWAY
MIAMI, FLORIDA 33149

(802) 457-4848
Fax (802) 457-4769

1

4. On August 8, 2024, the Court granted the parties' Third Joint Motion for Enlargement of Time to Submit Settlement Agreement, extending the deadline to September 6, 2024. (ECF No. 37).

5. On September 9, 2024, the Court granted the parties' Fourth Joint Motion for Enlargement of Time to Submit Settlement Agreement, extending the deadline to September 20, 2024. (ECF No. 39).

6. On September 23, 2024, the Court granted the parties' Fifth Joint Motion for Enlargement of Time to Submit Settlement Agreement, extending the deadline to October 4, 2024 (ECF No. 43).

7. On October 8, 2024, the Court granted the parties' Sixth Joint Motion for Enlargement of Time to Submit Settlement Agreement, extending the deadline to November 4, 2024 (ECF No. 45).

8. On November 1, 2024, the Court granted the parties' Seventh Joint Motion for Enlargement of Time to Submit Settlement Agreement, extending the deadline to November 18, 2024 (ECF No. 47).

9. The parties have finalized the detailed terms of their agreement, which are set forth in writing in a final Settlement Agreement. In addition, the parties have reached agreement on attorneys' fees and a service award, so no contested motion on those issues will need to be filed with preliminary approval. This will be the final extension requested by the parties. Good cause exists to permit the parties an additional one (1) week to submit the Settlement Agreement for preliminary approval because:

   a. One of the plaintiffs who will sign the agreement in continuing to have health problems and is not expected to be in a position to sign for another week; and

LAW OFFICE OF

SHILLEN
MACKALL
SELDON
&
SPICER

SUNSET FARM OFFICES - SUITE 2A
21710 MAXHAM MEADOW WAY
WOODSTOCK, VERMONT 05091

3301 RICKENBACKER CAUSEWAY
MIAMI, FLORIDA 33149

(802) 457-4848
Fax (802) 457-4769

b. Counsel for plaintiff would appreciate the opportunity to review all terms of the settlement agreement thoroughly with their client and are unable to do so currently because of plaintiff's hospitalization and continuing health concerns.

10. For these reasons, the parties request an additional 1-week enlargement of time, through and including November 25, 2024.

11. Granting this agreed motion will not unduly delay the proceedings in this case or prejudice any party and will not interfere with any Court deadlines.

12. This agreed motion is brought in good faith and not for purposes of delay.

13. The parties respectfully request that all other deadlines pending further action of the Court remain stayed.

WHEREFORE, pursuant to Federal Rule of Civil Procedure 6(b), and for good cause shown, the parties respectfully request that the Court grant this final joint motion and enlarge the time for the parties to present the proposed settlement agreement to the Court through and including November 25, 2024, and extend the stay of all other deadlines pending further action of the Court.

Date: *November 14, 2024*

*/s/D. James Mackall*
D. James Mackall
Vermont Bar No. 3544
**SHILLEN MACKALL & SELDON**
21710 Maxham Meadow Way, Suite 2A
Woodstock, Vermont 05091
(802) 243-0078
djmackall@promotingjustice.com

Date: *November 14, 2024*

*/s/ Edward J. McAndrew*
Edward McAndrew (*pro hac vice*)
**BAKER & HOSTETLER LLP**
1735 Market Street
Suite 3300
Philadelphia, PA 19103-7501
(215) 564-8386
emcandrew@bakerlaw.com

LAW OFFICE OF

SHILLEN
MACKALL
SELDON
&
SPICER

SUNSET FARM OFFICES - SUITE 2A
21710 MAXHAM MEADOW WAY
WOODSTOCK, VERMONT 05091

3301 RICKENBACKER CAUSEWAY
MIAMI, FLORIDA 33149

(802) 457-4848
Fax (802) 457-4769

3

OF COUNSEL:
Lynn A. Toops, admitted *pro hac vice*
Amina A. Thomas*
**COHEN & MALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
(317) 636-6481
ltoops@cohenandmalad.com
athomas@cohenandmalad.com

J. Gerard Stranch, IV, admitted *pro hac vice*
Andrew E. Mize, admitted *pro hac vice*
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
(615) 254-8801
gstranch@stranchlaw.com
amize@stranchlaw.com

Samuel J. Strauss*
**STRAUSS BORRELLI, PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago, Illinois 60611
(872) 263-1100
sam@straussborrelli.com

*Motion for *Pro Hac Vice*
Admission forthcoming

***Counsel for Plaintiff and the Proposed Class***

Evan M. Mannering (*pro hac vice*)
**BAKER & HOSTETLER LLP**
1050 Connecticut Ave, NW
Suite 1100
Washington, DC 20036
(202) 861-1500
emannering@bakerlaw.com

Pamela L.P. Eaton
**PAUL FRANK + COLLINS P.C.**
One Church Street, PO Box 1307
Burlington, Vermont 05402-1307
(802) 658-2311
peaton@pfclaw.com

***Counsel for Defendant, The Burton Corporation***

LAW OFFICE OF

SHILLEN
MACKALL
SELDON
&
SPICER

SUNSET FARM OFFICES - SUITE 2A
21710 MAXHAM MEADOW WAY
WOODSTOCK, VERMONT 05091

3301 RICKENBACKER CAUSEWAY
MIAMI, FLORIDA 33149

(802) 457-4848
Fax (802) 457-4769