IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| DAVID MORGAN, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 2:23-CV-00366-GWC ) |
| THE BURTON CORPORATION d/b/a BURTON SNOW BOARDS, | ) ) ) ) |
| Defendant. | ) |

**PLAINTIFF'S UNOPPOSED MOTION
FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiff, by counsel, under Federal Rule of Civil Procedure 23(e)(1), respectfully moves the Court to enter the tendered, agreed Preliminary Approval Order, which: (1) grants preliminary approval to the Class Action Settlement Agreement and Release (the "Settlement"), attached as Exhibit 1, which provides Class Members with benefits including the ability to submit claims for Ordinary Losses up to $500 each, Extraordinary Losses up to $5,000 each, Lost Time up to $85 each, or a cash payment of $65 with *no proof of actual out-of-pocket or time loss*, plus two years of three-bureau credit monitoring with at least $1 million in identity theft insurance at no cost; (2) certifies the Settlement Class; (3) approves the form and manner of notice to the Settlement Class; (4) sets deadlines for Class Members to object to, or opt out of, the Settlement; and (5) sets a final approval hearing at which the Court can consider whether to give final approval to the Settlement.

This motion is accompanied by a memorandum in support, declaration in support, and agreed proposed Preliminary Approval Order.

Defendant does not oppose this motion.

1

Dated: December 9, 2024    Respectfully submitted,

/s/ Lynn A. Toops
Lynn A. Toops, *pro hac vice*
**COHEN & MALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
(317) 636-6481
ltoops@cohenandmalad.com

D. James Mackall
Vermont Bar No. 3544
**SHILLEN MACKALL & SELDON**
21710 Maxham Meadow Way, Suite 2A
Woodstock, Vermont 05091
(802) 243-0078
djmackall@promotingjustice.com

J. Gerard Stranch, IV, *pro hac vice*
Andrew E. Mize, *pro hac vice*
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
(615) 254-8801
(615) 255-5419 (facsimile)
gstranch@stranchlaw.com
amize@stranchlaw.com

Samuel J. Strauss, *pro hac vice pending*
**STRAUSS BORRELLI PLLC**
980 North Michigan Avenue, Suite 1610
Chicago, Illinois 60611
(872) 263-1100
sam@straussborrelli.com

*Counsel for Plaintiff and the Proposed Class*