# UNITED STATES DISTRICT COURT
for the
District of Vermont

| | | |
|---|---|---|
| David Morgan, *individually and on behalf of all others similarly situated* | ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | | |
| v. | | Civil Action No. 2:23-cv-00366 |
| The Burton Corporation, *doing business as* Burton Snowboards | | |
| *Defendant(s)* | | |

## JUDGMENT IN A CIVIL ACTION

☐   **Jury Verdict.**

☑   **Decision by Court.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the court's Order (Document No. 61) filed May 16, 2025, Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement (Document No. 57) is GRANTED. The court hereby APPROVES the Settlement Agreement (with modification pursuant to the Court's Order (Document No. 62) filed May 19, 2025). The court enters FINAL JUDGMENT for plaintiff(s) against defendant under the terms of the Class Action Settlement Agreement and Release ("Settlement"). Also, the court grants Plaintiff's motion for attorneys' fees and expenses in the amount of One Hundred Seventy Thousand Dollars ($170,000) and for a Service Award to Plaintiff as Class Representative of Five Thousand Dollars ($5,000).

Date: June 6, 2025

JUDGMENT ENTERED ON DOCKET
DATE ENTERED:   6/6/2025

*JEFFREY S. EATON*
*CLERK OF COURT*

*/s/ Sharrah J. LeClair*

*Signature of Clerk or Deputy Clerk*